IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARISOL VEGA,<br><br>        Plaintiff,<br><br>vs.<br><br>VALLEY VENTURE II, d/b/a<br>INTERSTATE APARTMENTS, an<br>unincorporated entity; RICHARD NUTT,<br>individually, and MICHELLE HARLAN,<br>individually,<br><br>        Defendants. | Case No. 8:10CV429<br><br><br>**ORDER** |

Upon notice of settlement through mediation given to the magistrate judge by Todd A. West, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **May 24, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 pretrial conference set for May 21, 2012, is cancelled upon the representation that this case is settled.

Dated this 24th day of April 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge