## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARISOL VEGA,** | ) | **CASE NO. 8:10CV429** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **VALLEY VENTURE II, an** | ) | |
| **unincorporated entity d/b/a Interstate** | ) | |
| **Apartments, RICHARD NUTT,** | ) | |
| **individually, and MICHELLE** | ) | |
| **HARLAN, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation For Dismissal with prejudice (Filing No. 59).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The parties will bear their own costs.  Accordingly,

IT IS ORDERED:

1.     The Joint Stipulation For Dismissal with prejudice (Filing No. 59) is approved;

2.     The Plaintiff' Complaint is dismissed, with prejudice; and

3.     Each party will bear its own costs.

Dated this 14th day of May, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge